UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

                Plaintiff,

v.

51 HAMILTON LLC, et. al.,

                Defendants.

25-CV-4458 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

    It is hereby ORDERED that the receiver's motion for leave to employ counsel (ECF No. 42) is GRANTED. The receiver's employment of Holland and Knight LLP shall be deemed authorized and effective as of November 18, 2025. The Clerk of Court is respectfully directed to terminate ECF No. 42.

SO ORDERED.

Dated: November 19, 2025
       New York, New York

                                              DALE E. HO
                                      United States District Judge