UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> 51 HAMILTON LLC, et. al., <br><br> Defendants. | 25-CV-4458 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

The receiver is hereby ORDERED to file a reply brief not to exceed five pages to

Defendants' response, ECF No. 54, on or before January 5, 2026.  The brief shall indicate

whether Defendants are in compliance with respect to the documents sought in the contempt

motion.

SO ORDERED.

Dated: December 30, 2025
New York, New York

_____
DALE E. HO
United States District Judge