UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal National Mortgage Association,

                              Plaintiff(s),

                    v.

51 Hamilton LLC et al.,

                              Defendant(s).

25-CV-4458 (DEH)

ORDER

DALE E. HO, United States District Judge:

Upon review of the letters at ECF Nos. 54 and 56, Borrower and Guarantor are hereby

ORDERED to (i) wire the Funds to Receiver; (ii) produce an accounting and/or reconciliation of

the source of the Funds; and (iii) provide a computation and detailed explanation of the

Unreimbursed Expenses (and then wire such amount to the Receiver) immediately and, in any

event, no later than January 9, 2026.   Failure to comply with this Order may result in Borrower

and Guarantor being held in contempt of Court.

SO ORDERED.

Dated:  January 6, 2026
        New York, New York

_____
          DALE E. HO
    United States District Judge