UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Plaintiff, | |
| v. | 25-CV-4458 (DEH) |
| 51 HAMILTON LLC, et. al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

The hearing scheduled for today is ADJOURNED to January 14, 2026 at 11:00 a.m.

Counsel for Receiver is directed to file a letter on or before January 12, 2026 indicating whether

the hearing remains necessary.

SO ORDERED.

Dated:  January 7, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge